# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 2, 2013

## NO. 03-11-00608-CV

**Nina Regalado, Appellant**

**v.**

**U.S. Bank N.A., Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON AND FIELD
## AFFIRMED -- OPINION BY JUSTICE PURYEAR

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the county court's judgment: **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the county court is in all things affirmed. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.